# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PENSRI DAVISON

VERSUS

CART T. ROSS AND SAFECO
INSURANCE COMPANY OF OREGON

NO.  2020 CW 0898

DECEMBER 07, 2020

---

In Re:    Carl T. Ross and Safeco Insurance Company of Oregon, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 694373.

---

BEFORE:    HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.

WRIT DENIED.

TMH
MRT
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT